UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 07-408** |
| **DAMON BURKHALTER** | **SECTION I** |

## ORDER & REASONS

Before the Court is pro se defendant Damon Burkhalter's ("Burkhalter") motion[1] for early termination of supervised release. The government opposes the motion,[2] and the U.S. Probation Officer assigned to Burkhalter takes no position.[3] At this time, Burkhalter has served three and a half years of his eight-year supervised release term.[4] After considering the Section 3553(a) factors, Burkhalter's motion, and the government's response, the Court finds that early termination of supervised release is not in the interest of justice.

**IT IS ORDERED** that Burkhalter's motion for early termination of supervised release is **DENIED**.

New Orleans, Louisiana, October 3, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 293.
[2] R. Doc. No. 295.
[3] *Id.* at 3.
[4] U.S. Probation confirmed that Burkhalter began his supervised release on April 3, 2020. Therefore, his 8-year term expires on April 2, 2028.